IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BRIAN and JESSICA REILLY

    *Plaintiffs,*

v.                                     Civil Action No.: 3:18-CV-01094
                                        Judge Chambers

CITIBANK, N.A.

    *Defendant.*

## AGREED ORDER OF DISMISSAL

Plaintiffs, Brian and Jessica Reilly and Defendant Citibank, N.A. by their respective counsel, represent to the Court that all matters of controversy among the parties have been resolved, and that they have agreed to voluntarily dismiss this action with prejudice.

The Court, having considered the foregoing representations, does hereby ORDER that this action be dismissed with prejudice and that each party shall bear its own costs.

The Clerk of Court is directed mail a certified copy of this Order to all counsel of record.

Entered this 12 day of October, 2018.

                                                                The Honorable Robert C. Chambers
                                                               United States District Judge

| PREPARED BY: | AGREED TO BY: |
|---|---|
| /s/Danielle Waltz | /s/Benjamin M. Sheridan |
| Danielle M. Waltz (WVSB #10271) | Benjamin M. Sheridan (WVSB #11296) |
| Jackson Kelly PLLC | Klein & Sheridan, LC |
| 500 Lee Street East, Suite 1600 | 3566 Teays Valley Road |
| Charleston, WV 25301 | Hurricane, WV 25526 |
| dwaltz@jacksonkelly.com | bsheridan@kswvlaw.com |
| *Counsel for Defendant* | *Counsel for Plaintiffs* |